PROB 12C
(7/93)

# United States District Court

## for the

### Eastern District of Washington

Report Date: May 20, 2011

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 20 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin Andrew Christensen          Case Number: 2:04CR00267-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 6/29/2006

Original Offense:     Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) and 924

Original Sentence:    Prison - 180 Months;          Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  George Jacobs                 Date Supervision Commenced: 1/13/2011

Defense Attorney:     Federal Defender              Date Supervision Expires: 1/12/2014

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Dustin Christensen violated his supervised release in Spokane, Washington, on May 16, 2011, by failing to report for his weekly contact with the undersigned officer. Following an in-office meeting which occurred on May 5, 2011, the offender was directed to call in each Monday until further instructed. |
| 2 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons. |
| | **Supporting Evidence**: Dustin Christensen violated his supervised release in Spokane, Washington, on May 1, 2011, by failing to maintain legitimate employment. Collateral contact with the offender's employer on May 4, 2011, confirmed that he was terminated for cause. The offender failed to report to work from May 1 - 3, 2011, consequently, he was terminated. |

Prob12C

Re: Christensen, Dustin Andrew
May 20, 2011
Page 2

3        **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Mr. Christensen violated conditions of his supervised release by consuming methamphetamine and cocaine on or about May 5, 2011. On the noted date, the offender was instructed to appear at Pioneer Human Services for urinalysis testing. At that time, the offender submitted a specimen which revealed presumptive positive results for cocaine and methamphetamine metabolites. The sample was subsequently confirmed positive for both illicit substances.

4        **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Dustin Christensen violated conditions of his supervised release by failing to appear for substance abuse counseling as required on May 17 and 18, 2011.

5        **Special Condition # 17**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer, but no more than 6 tests per month, or less at the discretion of your supervising probation officer, in order to confirm your continued abstinence from these substances.

**Supporting Evidence**: Dustin Christensen violated conditions of his supervised release by failing to appear for urinalysis testing on May 16, 2011.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/20/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

Prob12C
**Re:  Christensen, Dustin Andrew**
**May 20, 2011**
**Page 3**

THE COURT ORDERS

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

_____
Signature of Judicial Officer

_____
Date