PROB 12C
(7/93)

# United States District Court

for the

### Eastern District of Washington

Report Date: May 27, 2011

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 27 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dustin Andrew Christensen | Case Number: 2:04CR00267-001 |

Address of Offender: Spokane County Jail: 1100 W. Mallon, Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 6/29/2006

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) and 924 | |
| Original Sentence: | Prison - 77 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George Jacobs | Date Supervision Commenced: 1/13/2011 |
| Defense Attorney: | Federal Defender | Date Supervision Expires: 1/12/2014 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/20/2011.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Christensen violated conditions of his supervised release by being arrested for possession of controlled substance (heroin) with intent to deliver on May 22, 2011. |
| 7 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: According to Spokane Police Department incident report #11-151497, Mr. Christensen was contacted while operating a vehicle on the above-referenced date. When police and fire personnel contacted the offender, he was slumped over the wheel of his vehicle. Officers immediately observed what was suspected to be a baggie of black-tar heroin in the driver's side door pocket. A field test was conducted and confirmed that the substance was heroin. Law enforcement officers verified that the offender had over 27 grams of heroin in the vehicle. In addition, officers also seized hypodermic needles, two razor blades, a glass smoking pipe with white residue, and two gram weight digital scales. |

8      **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: Mr. Christensen violated conditions of his supervised release by consuming illicit drugs on or about May 22, 2011. As previously noted, the offender was contacted on the above-referenced date and was questioned by law enforcement personnel as to consuming illicit drugs. According to the incident report, Mr. Christensen answered in the affirmative when questioned whether he consumed heroin.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/27/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

May 27, 2011
Date